No. 04-00-00758-CV



In re Ruben ESPRONCEDA; Ramon and Rafael Espronceda, Minors; and William A. Mallow


Original Mandamus Proceeding


Arising from the 408th District Court, Bexar County, Texas 


Trial Court No. 2000-CI-14767

Honorable David Peeples, Judge Presiding





PER CURIAM


Sitting: Tom Rickhoff, Justice

 Paul Green, Justice

 Sarah B. Duncan, Justice


Delivered and Filed: December 13, 2000


PETITION FOR WRIT OF MANDAMUS DENIED; MOTION TO DISMISS DENIED


 On November 3, 2000, relators filed a Motion for Accelerated Appeal, Petition for
Declaratory judgment, Mandamus, Injunction, or Quo Warranto. On November 16, 2000, the real
party in interest, the City of San Antonio, filed a motion to dismiss, which the relators oppose.

 This court has determined that relators are not entitled to the relief sought because the
petition for writ of mandamus does not comply with Texas Rule of Appellate Procedure
52.3(j)(1)(A). Therefore, the petition is DENIED, without prejudice to relators pursuing their
complaints on appeal and in compliance with the appropriate Rules of Appellate Procedure. Tex.
R. App. P. 52.8(a). The City of San Antonio's motion to dismiss is DENIED.

 Relator shall pay all costs incurred in this proceeding.

 PER CURIAM

DO NOT PUBLISH